# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

144191(14)

FRANK J. LAWRENCE, JR.,
   Plaintiff,

v               SC: 144191

BOARD OF LAW EXAMINERS,
   Defendant.

_____/

   On order of the Court, the motion to seal is DENIED.

   ZAHRA, J., did not participate for the reasons set forth in his previous statement in this case, 490 Mich 935 (2011).



s0424

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk